```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:09-CR-00407-KJM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| GUMERSINDO PEREZ-HERRERA, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Gumersindo Perez-Herrera, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any title, right, and/or interest of defendant Gumersindo Perez-Herrera in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) a Taurus Model PT99AF, 9 millimeter semi-automatic pistol, serial number L23349; and

    b) a New Haven Model 250C, .22 caliber rifle, no serial number.

2. The above-listed property constitutes firearms involved or used in the knowing commission of a violation of 18 U.S.C. § 924(c)(1)(A)(i) and (ii).

/////

1  3.      Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to
2  seize the above-listed property.  The aforementioned property shall be seized and held by the Bureau of
3  Alcohol, Tobacco, Firearms and Explosives, in its secure custody and control.
4  4.  a.      Pursuant to 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local
5  Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice
6  of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the
7  Attorney General may direct shall be posted for at least 30 consecutive days on the official internet
8  government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable,
9  provide direct written notice to any person known to have alleged an interest in the property that is the
10 subject of the order of forfeiture as a substitute for published notice as to those persons so notified.
11      b.      This notice shall state that any person, other than the defendant, asserting a legal
12 interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
13 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
14 within thirty (30) days from the receipt of direct written notice, whichever is earlier.
15 5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court
16 will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in
17 which all title, rights, and/or interests will be addressed.
18 SO ORDERED this 10th day of February, 2016

_____
UNITED STATES DISTRICT JUDGE